# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:  
JOSHUA LEE BORING  
DAWN ANN BORING  
5720 TOWNSHIP RD 273 SE  
SHAWNEE, OH  43782  

Case No:   05-51776

Judge:   C KATHRYN PRESTON

SSN(S):   XXX-XX-9907  
XXX-XX-6837

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  December 09, 2009

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| GE CONSUMER FINANCE<br>PO BOX 960061<br>ORLANDO, FL  328960061 | 5.08 |